No. 80–228. SUBURBAN REALTY CO. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–240. JONES ET AL. *v.* KNELLER ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–244. ALDRIDGE *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 80–247. TAMA MEAT PACKING CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 80–248. RUDOLF WOLFF & CO., LTD. *v.* NEIMAN, DBA LONDON GROUP (1974). C. A. 7th Cir. Certiorari denied.

No. 80–249. SCHARA ET AL. *v.* ANACONDA CO. Sup. Ct. Mont. Certiorari denied.

No. 80–253. YANOWITZ *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 80–260. MILESTONE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–261. LAROCHELLE ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–267. MANNING *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 80–269. CONNECTICUT *v.* GOLD. Sup. Ct. Conn. Certiorari denied.